IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ASBURY AUTOMOTIVE GROUP, INC., et al.** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 4:24-cv-00950-O |
| **THE FEDERAL TRADE COMMISSION, et al.** | § § § § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiffs' Expedited Motion for Preliminary Injunction Staying FTC Proceedings Pending Adjudication of The Ashbury Plaintiffs' Constitutional Claims (ECF No. 6), filed October 14, 2024. In order to expeditiously resolve the issues presented, the Court **ORDERS** Plaintiffs to provide Defendants notice of this lawsuit, and confer with Defendants to agree on a briefing schedule for the motion. The parties are to file a joint notice outlining the agreed briefing schedule **no later than October 21, 2024**. The Court **DIRECTS** Plaintiffs to send this order to Defendants and notify them of its requested Preliminary Injunction no later than **October 15, 2024, at 5:00 p.m. CST**. *See* Fed. R. Civ. P. 65(b)(1)(B).

**SO ORDERED** on this **14th day** of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE