IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., et al. § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:24-cv-00950-O |
| § | |
| THE FEDERAL TRADE COMMISSION, et al. § § § | |
| Defendants. § | |

## ORDER

Before the Court are Plaintiff's Motion for Preliminary Injunction (ECF No. 6) and Defendant's Motion to Dismiss (ECF No. 24). Due to the change in circumstances at the Federal Trade Commission, the Court hereby **ORDERS** the parties to brief the Court as to whether the President's removal of Defendants, Commissioners Alvaro Bedoya and Rebecca Kelly Slaughter, alters the proceedings in this case.

The parties are ordered to file supplemental briefs on this issue **no later than March 26, 2025**.

**SO ORDERED** on this **19th day** of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE