IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., et al. § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:24-cv-00950-O |
| § | |
| THE FEDERAL TRADE COMMISSION, et al. § § § | |
| Defendants. § | |

## ORDER

Before the Court are Defendants' Unopposed Motion For Leave To File Response To Plaintiffs' Supplemental Brief (ECF No. 40), and Plaintiff's Unopposed Motion for Leave to File a Reply to Defendants' Response (ECF No. 41). Having considered the Motions and for good cause being shown, it is hereby **ORDERED** that the Motions are **GRANTED**.

Defendants may file a brief of up to five pages in response to Plaintiffs' Supplemental Brief Regarding the FTC's Change in Circumstances (ECF No. 37) **no later than April 4, 2025**. Plaintiffs may file a reply **no later than April 11, 2025**.

**SO ORDERED** on this **2nd day** of **April, 2025**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE