IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ASBURY AUTOMOTIVE GROUP, INC., et al.** | § § § |
| **Plaintiffs,** | § § |
| v. | §  Civil Action No. 4:24-cv-00950-O |
| | § |
| **THE FEDERAL TRADE COMMISSION, et al.** | § § § |
| **Defendants.** | § § |

## ORDER

Before the Court is Plaintiffs' Notice of Intent to Seek Reconsideration (ECF No. 52) and the parties' Proposed Briefing Schedule (ECF No. 53). To determine an efficient resolution to both filings, the Court **ORDERS** counsel for all parties to appear for an in-person hearing on **Tuesday, September 2, 2025**, at **9:00 AM**. The hearing will convene in the Second Floor Courtroom, 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **27th day of August, 2025.**

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE