IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEDERAL TRADE COMMISSION, et al.,<br><br>Defendants. | No. 4:24-CV-00950-O |

## Joint Notice of Appeal

All plaintiffs hereby appeal to the U.S. Court of Appeals, Fifth Circuit, from the district court's Order entered herein on August 11, 2025 (Doc. 51).

                                                  Respectfully submitted,

                                                  */s/ John Sepehr*

| | |
|---|---|
| Todd A. Murray<br>Texas Bar No. 00794350<br>Foley & Lardner LLP<br>2021 McKinney, Suite 1600<br>Dallas, Texas 75201<br>Tel: 214.999.3000<br>Fax: 214.999.4667<br>tmurray@foley.com<br><br>Michael J. Lockerby^<br>Megan Chester^<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street N.W., Suite 600<br>Washington, D.C. 20007<br>Tel.: 202.672.5300<br>Fax: 202.672.5399<br>mlockerby@foley.com<br>mxchester@foley.com<br><br>_____<br>*Attorney in charge<br>^ Pro hac vice | Edward D. Burbach*<br>Texas Bar No. 03355250<br>John Sepehri<br>Texas Bar No. 00797408<br>Robert F. Johnson III<br>Texas Bar No. 10786400)<br>Brandon M. Livengood<br>Texas Bar No. 24128022<br>Foley & Lardner LLP<br>600 Congress, Suite 2900<br>Austin, Texas 78701<br>Tel: 512.542.7000<br>Fax: 512.542.7100<br>eburbach@foley.com<br>jsepehri@foley.com<br>rjohnson@foley.com<br>brandon.livengood@foley.com<br><br><br><br><br>Counsel for Plaintiffs |