IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL TRADE COMMISSION, *et al.*, <br><br> *Defendants*. | No. 4:24-cv-00950-O |

**Unopposed Motion For A Stay Of Briefing Deadlines For Plaintiffs' Opposed Motion For Reconsideration In Light of Lapse of Appropriations**

Defendants hereby move for a stay of briefing deadlines for Plaintiffs' motion for reconsideration of the Court's denial of Plaintiffs' motion for preliminary injunction and partial grant of Defendants' motion to dismiss (ECF No. 59) in light of lapse of appropriations in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing deadlines for Plaintiffs' Opposed Motion for Reconsideration (ECF No. 59), until

Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that they have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

* * *

| | |
|---|---|
| October 1, 2025 | Respectfully submitted, |
| OF COUNSEL: | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| MATTHEW M. HOFFMAN<br>Attorney<br>Office of the General Counsel<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Washington, DC 20580 | JORDAN C. CAMPBELL<br>Deputy Assistant Attorney General<br><br>SARMAD M. KHOJASTEH<br>Senior Counsel |
| JAMIE D. BROOKS<br>JAMES DOTY<br>Attorneys<br>Division of Financial Practices<br>Bureau of Consumer Protection<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Washington, DC 20580 | LISA K. HSIAO<br>Acting Director<br>Consumer Protection Branch<br><br>JAMES W. HARLOW<br>Acting Assistant Director<br><br>*/s/ Zachary L. Cowan*<br>ISAAC C. BELFER (D.C. Bar No. 1014909)<br>ZACHARY L. COWAN (N.C. Bar No. 53432)<br>Trial Attorneys<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-7134 (Belfer)<br>(202) 353-7728 (Cowan)<br>(202) 514-8742 (fax)<br>Isaac.C.Belfer@usdoj.gov<br>Zachary.L.Cowan@usdoj.gov |

## CERTIFICATE OF CONFERENCE

In accordance with Local Civil Rule 7.1(b), I hereby certify that on October 1, 2025, Counsel for Defendants conferred with Counsel for Plaintiffs via electronic mail concerning Defendants' Motion For Stay of Briefing Deadlines For Plaintiffs' Motion for Reconsideration. John Sepehri, counsel for Plaintiffs, stated that Plaintiffs do not oppose this Motion.

October 1, 2025                                             */s/ Zachary L. Cowan*
                                                            ZACHARY L. COWAN

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

October 1, 2025                                         */s/ Zachary L. Cowan*
                                                        Zachary L. Cowan