**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Defendants*. | No. 4:24-cv-00950-O |

**Defendants' Notice of Restoration of Appropriations**

On October 15, 2025, the Court granted Defendants' motion to stay briefing deadlines, ECF No. 61; *see* ECF No. 64. The Court stayed briefing deadlines for Plaintiffs' motion for reconsideration and ordered Defendants to "file a notice with the Court within 5 days of receiving clearance to resume their usual litigation functions." ECF No. 64.

As of November 12, 2025, funding was restored through January 30, 2026, for the Department of Justice, and the Department resumed its usual civil litigation functions. Defendants conferred with Plaintiffs, and the parties agreed on the following briefing deadlines for Plaintiffs' motion for reconsideration:

November 26, 2025: Defendants' response

December 12, 2025: Plaintiffs' reply

November 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel
Civil Division

LISA K. HSIAO
Acting Director

JAMES W. HARLOW
Acting Assistant Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. Bar No. 1014909)
ZACHARY L. COWAN (N.C. Bar No. 53432)
Trial Attorneys
Enforcement & Affirmative Litigation Branch[1]
U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20044-0386
(202) 305-7134 (Belfer)
(202) 353-7728 (Cowan)
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov
Zachary.L.Cowan@usdoj.gov

OF COUNSEL:

MATTHEW M. HOFFMAN
Attorney
Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580

JAMIE D. BROOKS
JAMES DOTY
Attorneys
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580

[1] Note that the name of the office handling this matter has changed from the "Consumer Protection Branch" to the "Enforcement & Affirmative Litigation Branch."

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

November 17, 2025

*/s/ Isaac C. Belfer*
ISAAC C. BELFER