# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 6, 2026

Lyle W. Cayce
Clerk

No. 25-11102

---

ASBURY AUTOMOTIVE GROUP, INCORPORATED; MCDAVID IRVING-HON, L.L.C., *doing business as* DAVID MCDAVID HONDA OF IRVING; MCDAVID FRISCO-HON, L.L.C., *doing business as* DAVID MCDAVID HONDA OF FRISCO; ASBURY FT. WORTH FORD, L.L.C., *doing business as* DAVID MCDAVID FORD FT. WORTH; ALI BENLI,

*Plaintiffs—Appellants*,

*versus*

FEDERAL TRADE COMMISSION; LINA M. KHAN, *in their official capacity as Commissioner of the Federal Trade Commission*; REBECCA KELLY SLAUGHTER, *in their official capacity as Commissioner of the Federal Trade Commission*; ALVARO BEDOYA, *in their official capacity as Commissioner of the Federal Trade Commission*; MELISSA A. HOLYOAK, *in their official capacity as Commissioner of the Federal Trade Commission*; ANDREW FERGUSON, *in their official capacity as Commissioner of the Federal Trade Commission*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-950

---

UNPUBLISHED ORDER

No. 25-11102

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellants' opposed motion to dismiss the appeal without prejudice is DENIED.