IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ASBURY AUTOMOTIVE GROUP, INC.,** et al. | § § § |
| **Plaintiffs,** | § § |
| v. | §   Civil Action No. 4:24-cv-00950-O |
| **THE FEDERAL TRADE COMMISSION,** et al. | § § § § |
| **Defendants.** | § § |

# ORDER

Before the Court is Plaintiffs' Motion for Reconsideration (ECF No. 59) ("Motion"), which seeks reconsideration of the Court's August 11, 2025, Order denying Plaintiffs' Application for Preliminary Injunction and dismissing some of Plaintiffs' claims (ECF No. 51). On the same day that Plaintiffs filed their Motion, they also filed an Interlocutory Appeal with the Fifth Circuit. *See* ECF No. 58. Over Defendants' opposition, Plaintiffs tried to dismiss their appeal, but the Fifth Circuit denied Plaintiffs' dismissal. *See* ECF No. 71. Plaintiffs subsequently filed a status report to the Court regarding the Motion (ECF No. 72) and Defendants responded (ECF No. 73).

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). This includes the ability of a court to vacate or amend its orders that have been appealed. *Lopez Dominguez v. Gulf Coast Marine & Associates, Inc.*, 607 F.3d 1066, 1073 (5th Cir. 2010). Neither Party asserts that the Court has jurisdiction to grant Plaintiffs' Motion due to the pending

appeal.[1] As Plaintiffs note,[2] Federal Rule of Civil Procedure 62.1(a) provides the Court with three options at this juncture: "(1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." FED. R. CIV. P. 62.1(a). The Court declines to issue an indicative ruling under 62.1(a)(3) and will instead wait for the Fifth Circuit's decision regarding Plaintiffs' appeal. Accordingly, the Court **DENIES** Plaintiffs' Motion for Reconsideration.

**SO ORDERED** on this **3rd day of February, 2026.**

_[signature: Reed O'Connor]_
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] *See* Pls.' Supplemental Status Report 2, ECF No. 72, Defs.' Response to Pls.' Supplemental Status Report 2, ECF No. 73.

[2] *See* Pls.' Supplemental Status Report 2, ECF No. 72.