**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION**

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL TRADE COMMISSION, *et al.*,. <br><br> *Defendants*. | No. 4:24-CV-00950-O |

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.12, I, Megan Chester, respectfully move to withdraw as counsel for Plaintiffs Asbury Automotive Group, Inc., Asbury Ft. Worth Ford, LLC, d/b/a David McDavid Ford Ft. Worth; McDavid Frisco – Hon, LLC, d/b/a David McDavid Honda of Frisco; McDavid Irving – Hon, LLC, d/b/a David McDavid Honda of Irving and Ali Benli (collectively, "Plaintiffs").  I will be leaving the law firm of Foley & Lardner LLP, which serves as counsel for Plaintiffs in this matter and I will no longer be working on this case.  Plaintiffs will continue to be represented by the Foley & Lardner LLP counsel who have appeared and serve as counsel of record in this case.  Plaintiffs are aware of my need to withdraw.

Defendants are unopposed to this Motion.

4930-5248-4009.1

Dated: May 8, 2026                              Respectfully submitted,


                                                FOLEY & LARDNER LLP

                                                By: */s/ Megan Chester*

                                                Megan Chester (admitted *Pro hac vice*)
                                                Washington Harbour
                                                3000 K Street N.W., Suite 600
                                                Washington, D.C. 20007
                                                Tel.: 202.672.5300
                                                Fax: 202.672.5399
                                                Email: mxchester@foley.com

                                                *Counsel for Plaintiffs*



**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 7, 2025, I conferred with Defendant's counsel, Isaac Belfer, regarding this motion and counsel stated that he is unopposed.

                                                */s/ Megan Chester*
                                                Megan Chester


1

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, has been sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

Dated: May 8, 2026                    Respectfully Submitted,

*/s/ Megan Chester*
Megan Chester (admitted *pro hac vice*)

2

4930-5248-4009.1